UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHANSOURY KHOUNPASEUTH dba THAI PLACE RESTAURANT, et al.,<br><br>        Defendants. | No. 1:17-cv-00388-SAB<br><br>**ORDER RE STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Trujillo ("Plaintiff"), and Defendants, Chansoury Khounpaseuth dba Thai Place Restaurant; Arich Ath Syprasert; Boualiene Sypraert aka Boualiene Syprasert (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated June 12, 2017 (Dkt. 15) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: August 31, 2017  MISSION LAW FIRM, A.P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Jose Trujillo

Dated: August 31, 2017  OWDOM LAW FIRM

*/s/ Matthew D. Owdom*
Matthew D. Owdom
Attorneys for Defendants,
Chansoury Khounpaseuth dba Thai Place Restaurant; Arich Ath Syprasert; Boualiene Sypraert aka Boualiene Syprasert

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: **September 1, 2017**

UNITED STATES MAGISTRATE JUDGE