# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHANSURY KHOUNPASEUTH, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00388-SAB<br><br>ORDER REQUIRING THE PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: OCTOBER 9, 2017 |

　　On September 5, 2017, Plaintiff filed a notice informing the Court that the parties have reached settlement resolving this action. (ECF No. 18.)

　　Accordingly, it is HEREBY ORDERED that:

　　1.　　All pending matters and dates are VACATED; and

　　2.　　The parties shall file dispositional documents on or before October 9, 2017.

IT IS SO ORDERED.

Dated: **September 6, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1