# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>   Plaintiff,<br><br> vs.<br><br>CHANSURY KHOUNPASEUTH, et al.;<br><br>   Defendants. | No. 1:17-cv-00388-SAB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 20) |

Upon request of Plaintiff and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED, and Plaintiff shall file dispositional documents on or before October 17, 2017.

IT IS SO ORDERED.

Dated: **October 10, 2017**

                UNITED STATES MAGISTRATE JUDGE