# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE TRUJILLO,

        Plaintiff,

  v.

CHANSURY KHOUNPASEUTH, et al.,

        Defendants.

Case No. 1:17-cv-00388-SAB

ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL

(ECF No. 22)

On October 16, 2017, the parties in this action filed a stipulation dismissing this action with prejudice with each party to bear its own costs and attorneys' fees. (ECF No. 22.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **October 17, 2017**

UNITED STATES MAGISTRATE JUDGE